SARAH OREFICE et al., Respondents, v. MAGDA SINGER et al., Defendants, and JOHN BENANTE, as Administrator of the Estate of FRED BENANTE, Deceased, Appellant.—

Latham, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

PATTERNS UNLIMITED, INC., Respondent, v. MORTON P. WEISS, Also Known as PAUL MORTON, Appellant.—

Martuscello, Acting P. J., Latham, Gulotta, Christ and Benjamin, JJ., concur.

ANNE E. PATTERSON, Respondent, v. JOHN M. PATTERSON, Appellant.—

Latham, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.